■ In the Matter of TERRENCE M. HAMMILL, Appellant, v GARRY L. STANARD et al., Respondents. (Proceeding No. 1.) In the Matter of GARRY L. STANARD et al., Respondents, v TERRENCE M. HAMMILL, Appellant, and OSWEGO COUNTY BOARD OF ELECTIONS, Respondent. (Proceeding No. 2.) [722 NYS2d 189] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Nicholson, J. (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Election Law.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Balio and Lawton, JJ. (Filed Oct. 26, 2000.)

■ In the Matter of JOSEPH DiNARDO, an Attorney, Respondent. [716 NYS2d 925] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Oct. 25, 2000.)

■ In the Matter of PAUL J. HEILIGENTHALER, an Attorney, Respondent. [716 NYS2d 342] —A certified copy of a certificate having been filed showing that Paul J. Heiligenthaler was convicted of criminal possession of stolen property in the fourth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Oct. 25, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMON CRUMPLER, Appellant. [722 NYS2d 191] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, Broderick, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS C. DURYEE, Appellant. [722 NYS2d 776] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Alonzo, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.